FILED
CLERK, U.S. DISTRICT COURT

JUN - 2 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>        vs.<br><br>ISRAEL GARCIA-ANALOS<br><br>              Defendant. | Case No.: 08-1308M<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed.R.Crim.P. 32.1(a)(6);<br> 18 U.S.C. 3143(a)] |

        The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the S.D. TEXAS                 for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

        The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

        The Court finds that:

A.    (X)  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on  allegedly in US illegally, no verified background info; use of multiple aliases, DOBs

1     _____

2     _____

3     _____

4     and/or

5 B.   ( )  The defendant has not met his/her burden of establishing by

6     clear and convincing evidence that he/she is not likely to pose

7     a danger to the safety of any other person or the community if

8     released under 18 U.S.C. § 3142(b) or (c).  This finding is based

9     on:_____

10     _____

11     _____

12     _____

13

14     IT THEREFORE IS ORDERED that the defendant be detained pending

15 the further revocation proceedings.

16

17 Dated:    6/2/08

18

19           _____

20           UNITES STATES MAGISTRATE JUDGE

21

22

23

24

25

26

27

28